# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:16CR290 |
| vs. | ) | |
| LESLIE R. SAUL | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the government's Motion to Continue Trial [36]. Counsel is seeking additional time to negotiate a plea with the government. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [36] is granted as follows:

1. The jury trial, now set for July 25, 2017 is continued to **August 29, 2017.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 29, 2017**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **July 24, 2017.** The objecting party must comply with all requirements of NECrimR 59.2.

**DATED July 17, 2017.**

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge