IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:16CR290 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| LESLIE R. SAUL, | ) | |
| | ) | |
| Defendant. | ) | |

This case came before the Court on a Petition for Action on Conditions of Pretrial Release (#37). On July 13, 2017, Pretrial Services Officer Michael W. Tolley submitted a Petition for Action on Conditions of Pretrial Release alleging that Defendant had violated conditions of release as follows:

The defendant shall:

• **Curfew.** You are restricted to your residence every day() from 10:00 PM to 6:00 AM, or as directed by the pretrial services officer or supervising officer.

The defendant failed to report to the Pretrial Services office on July 12, 2017. **[Violation of Additional Condition of Release (a)]**

In the early morning hours of July 12, 2017, the defendant was found by police officers of the Sioux City Police Department to be drinking alcohol. **[Violation of Additional Condition of Release (m)]**

The defendant failed to abide by the requirements of the home confinement program by leaving his approved residence at 12:43 AM on July 12, 2017, and not returning until 3:59 AM.    **[Violation of Additional Condition of Release (r)]**.

A warrant for Defendant's arrest was issued.

Defendant appeared before the undersigned magistrate on July 18, 2017.  Karen M. Shanahan represented Defendant. Donald J. Kleine, Assistant United States Attorney, represented the Government.  After being advised of the nature of the allegations, rights, and the consequences if the allegations were found to be true, Defendant admitted the allegations.  The Court took judicial notice of the Memorandum of Pretrial Services Officer Michael W. Tolley dated July 17, 2017.  The Court finds the

allegations set out in the petition are generally true and finds the Defendant violated the conditions of release.

After providing both parties an opportunity for allocution as to disposition and considering the report of Pretrial Services, I find the Order Setting Conditions of Release (#23) should be revoked and a new Order Setting Conditions of Release should be imposed.

**IT IS ORDERED:**

1.  The Petition for Action on Conditions of Pretrial Release (#37) is granted;

2.  The October 31, 2016 Order Setting Conditions of Release (#23) is hereby revoked; and a new Order Setting Conditions of Release (Filing No. 48) is issued.

Dated this 18th day of July, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge