IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>LESLIE R. SAUL,<br><br>              Defendant. | 8:16CR290 |

ORDER FOR DISMISSAL

IT IS ORDERED that the Motion to Dismiss the Petition for Offender Under Supervision, Filing No. 76, in the above-captioned case is granted as requested.

DATED this 4th day of February 2021.

                                                        s/ Joseph F. Bataillon
                                                        Senior United States District Judge